NAOMI GILENS (SBN 315813)
naomi@eff.org
DAVID GREENE (SBN 160107)
davidg@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Attorneys for Plaintiff
ELECTRONIC FRONTIER FOUNDATION

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>Defendant. | **COMPLAINT FOR INJUNCTIVE RELIEF FOR VIOLATION OF THE FREEDOM OF INFORMATION ACT, 5 U.S.C. § 552** |

**INTRODUCTION**

1. This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, for injunctive and other appropriate relief. Plaintiff seeks the processing and release of records requested from Defendant Department of State ("State Department" or "Defendant"). Specifically, Plaintiff seeks the disclosure of records pertaining to the role of the U.S. government in technology and social media platforms' decisions to censor events featuring Palestinian speaker Leila Khaled.

2. To learn more about the government's role in technology platforms' decisions to censor Khaled's speech, Plaintiff the Electronic Frontier Foundation ("EFF" or "Plaintiff") submitted a FOIA request ("the Request") on June 21, 2021 to the State Department seeking relevant records.

3. Plaintiff has commenced this action because the State Department has failed to release records in response to the Request. Plaintiff seeks the injunctive relief necessary to ensure the State Department's timely compliance with FOIA's requirements.

## JURISDICTION AND VENUE

4. This Court has both subject matter jurisdiction over this action and personal jurisdiction over the parties pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. §1331.

5. Venue is proper in this district under 5 U.S.C. § 552(a)(4)(B).

## PARTIES

**6.** Plaintiff EFF is a member-supported not-for-profit corporation with offices in San Francisco, California and Washington, D.C. EFF works to inform lawmakers, the press, and the public about civil liberties issues related to technology and to defend those liberties. In support of its mission, EFF uses FOIA to obtain and disseminate information concerning the activities of federal agencies. EFF is a "person" within the meaning of 5 U.S.C. § 551(2).

**7.** Defendant State Department is a Department of the Executive Branch of the United States Government and is an "agency" within the meaning of 5 U.S.C. § 552(f). The State Department has possession and control over the requested records.

## FACTUAL ALLEGATIONS

### *Background*

8. Leila Khaled is associated with the Popular Front for the Liberation of Palestine ("PFLP"), a Palestinian group on the State Department's list of terrorist organizations. Khaled participated in two plane hijackings in 1969 and 1970.

9. In 2020 and 2021, technology platforms including Zoom, Facebook, YouTube, and Eventbrite refused to host events at which Khaled would be speaking.

10. For example, in September 2020, the Arab and Muslim Ethnicities and Diaspora Studies program at San Francisco State University had scheduled an academic webinar titled "Whose Narratives: Gender, Justice, and Resistance," which was to include Khaled as one of several guests. Zoom refused to host the event and Facebook removed a page promoting the event. YouTube stopped airing the event part of the way through and removed the archived footage.

11.    The following year, San Francisco State University's Arab and Muslim Ethnicities and Diaspora Studies program again planned an event featuring Khaled. The event, titled "Whose Narratives? What Free Speech for Palestine?," was co-sponsored by the University of California, Merced and the University of California Humanities Research Institute, and was scheduled to take place over Zoom on April 23, 2021. Zoom again refused to host the event on its platform, and Eventbrite removed the event from its platform.

12.    Similarly, in October 2020, New York University hosted a webinar titled "We Will Not Be Silenced" featuring Khaled. Zoom deleted the link to the webinar without notice.

13.    Zoom has banned other virtual events featuring Khaled as well.

### *The FOIA Request*

14.    On June 21, 2021, EFF submitted the Request to the State Department, seeking records pertaining to the U.S. government's role in the removal from social media of accounts and events featuring Palestinian activist Leila Khaled.

15.    The Request sought the following records:

    a.    Any and all communications or records of communication between the United Sates Department of State and its subsidiary agencies and Zoom Video Communications pertaining to a person named Leila Khaled from June 2019 until the present.

    b.    Any and all communications or records of communication between the United Sates Department of State and its subsidiary agencies and Facebook, Inc. pertaining to a person named Leila Khaled from June 2019 until the present.

    c.    Any and all communications or records of communication between the United Sates Department of State and its subsidiary agencies and Google LLC, including YouTube LLC, pertaining to a person named Leila Khaled from June 2019 until the present.

    d.    Any and all communications or records of communication between the United Sates Department of State and its subsidiary agencies and Eventbrite pertaining to a person named Leila Khaled from June 2019 until the present.

e. Any and all communications or records of communication between the United Sates Department of State and its subsidiary agencies and *any online service provider* pertaining to Leila Khaled from June 2019 until the present.

f. Any and all internal records inside the United Sates Department of State that discuss "material support of terrorism" and/or 18 U.S.C. § 2339(A) in relation to Leila Khaled from June 2019 until the present.

16. EFF requested a waiver of document search, review, and duplication fees on the grounds that (a) EFF is a representative of the news media and (b) disclosure of the requested records is in the public interest.

*Agency Response*

17. By email on October 25, 2021, the State Department acknowledged receipt of the Request and informed EFF that the Request had been assigned reference number F-2021-07622. The email stated that "our Office will provide you with a status update." The email did not provide a time frame for the status update. The email did not acknowledge EFF's request for a fee waiver.

18. To date, the State Department has not responded to EFF's request for a fee waiver or produced any records responsive to the Request.

19. EFF has exhausted the applicable administrative remedies with respect to the Request.

20. The State Department has exceeded the twenty-day statutory deadline for processing of any FOIA request.

21. The State Department has wrongfully withheld the requested records from EFF.

**CAUSES OF ACTION**

22. Defendant's failure to process Plaintiff's Request as soon as practicable violates FOIA, 5 U.S.C. § 552(a)(6)(E)(iii), and Defendant's corresponding regulations, 22 C.F.R. § 171 *et seq.*

**PRAYER FOR RELIEF**

Plaintiff respectfully requests that this Court:

a. Order Defendant to immediately conduct a thorough search for records


responsive to Plaintiff's request;

  b. Order Defendant, upon completion of such expedited processing, to immediately process and release any responsive records in their entirety;

  c. Order Defendant to waive all fees associated with the processing and release of the responsive records;

  d. Award Plaintiff its reasonable costs and attorneys' fees incurred in this action; and

  e. Grant such other relief as the Court may deem just and proper.

DATED: January 20, 2022

By: */s/ Naomi Gilens*
Naomi Gilens
David Greene
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA  94109
naomi@eff.org

Attorneys for Plaintiff
ELECTRONIC FRONTIER FOUNDATION

COMPLAINT FOR INJUNCTIVE RELIEF FOR VIOLATION OF
THE FREEDOM OF INFORMATION ACT, 5 U.S.C. § 552