STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
SAPNA MEHTA (CABN 288238)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7478
    FAX: (415) 436-6748
    sapna.mehta@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, <br><br> Defendant. | Case No. 3:22-cv-00383-SK <br><br> **STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER AS MODIFIED** <br><br> Date: November 7, 2022 <br> Time: 1:30p.m. <br> Location: Zoom Webinar |

    Plaintiff Electronic Frontier Foundation and Defendant United States Department of State, by and through their undersigned counsel, submit this stipulation pursuant to Local Civil Rule 6-2 to continue the case management conference set for November 7, 2022 to December 12, 2022, or a subsequent date convenient to the Court. This stipulation is based on the following facts:

    1.     This action, filed on January 20, 2022, arises out of a Freedom of Information Act ("FOIA") request submitted by Plaintiff to Defendant. The parties have engaged in cooperative and productive communications regarding the FOIA request and the search for and release of responsive documents. Defendant has completed its productions pursuant to the parties' agreed-upon processing schedule.

    2.     To allow additional time for the parties to confer to resolve as many issues in this matter

as possible between themselves, the parties stipulate and request that the case management conference currently scheduled for November 7, 2022 be continued to December 12, 2022. The parties will file a joint status report by December 5, 2022.

3. The parties respectfully submit that this is the most efficient manner in which to proceed and will conserve both the parties' and the Court's resources.

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

Dated: October 28, 2022        By:    */s/ Sapna Mehta*
                                      SAPNA MEHTA
                                      Assistant United States Attorney
                                      Attorney for Defendant

Dated: October 28, 2022               ELECTRONIC FRONTIER FOUNDATION

                               By:    */s/ Jennifer Pinsof*
                                      JENNIFER PINSOF
                                      DAVID GREENE
                                      Attorneys for Plaintiff

**ATTESTATION**

In compliance with Civil L.R. 5-1(h)(3), I attest that I have obtained concurrence in the filing of this document from each of the other signatories.

Dated: October 28, 2022        By:    */s/ Sapna Mehta*
                                      SAPNA MEHTA
                                      Assistant United States Attorney

STIPULATED REQUEST TO CONTINUE CMC AND ORDER
3:22-CV-00383-SK

**ORDER AS MODIFIED**

Pursuant to the stipulation of the parties, and good cause having been shown, it is hereby ordered that the case management conference currently set for November 7, 2022 is continued to December 19, 2022 at 1:30 p.m.  The parties shall file a joint status report by December 12, 2022.

**IT IS SO ORDERED.**

DATED: October 28, 2022

_____
THE HON. SALLIE KIM
United States Magistrate Judge